United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EULA ELLINGTON,<br><br>        Plaintiff,<br><br>   v.<br><br>JOHN E. POTTER,<br><br>        Defendant.<br>_____/ | No. C-10-03252 DMR<br><br>**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

The Court is in receipt of Plaintiff's response to this Court's November 4, 2010 Order to Show Cause, in which Plaintiff indicated that Defendant John E. Potter has now been served with the summons. *See* Docket No. 16. It is unclear from Plaintiff's submission to the Court whether Defendant has also been served with the Complaint, the brochure entitled "Consenting To A Magistrate Judge's Jurisdiction In The Northern District of California," and all other documents specified in Civil Local Rule 4-2. If Plaintiff has not already done so, Plaintiff is ordered to serve Defendant with the Complaint and all required documents **by no later than December 2, 2010.**

IT IS FURTHER ORDERED that the following case management dates are set:

- Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov); file either Stipulation to ADR

Process or Notice of Need for ADR Phone Conference (form available at http://www.cand.uscourts.gov): **January 5, 2010**

• Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per the Court's Standing Order regarding Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov): **January 19, 2011**

• INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, CA 94612: **January 26, 2011 at 1:30 p.m.**

IT IS SO ORDERED.

Dated:  November 22, 2010

_____
DONNA M. RYU
United States Magistrate Judge