1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

10   EULA ELLINGTON,

11              Plaintiff,                              No. C 10-03252 WHA

12     v.

13   JOHN E. POTTER, Post Master              **ORDER GRANTING PLAINTIFF'S**
     General, United States Postal Service,   **MOTION TO CONTINUE CASE**
14                                            **MANAGEMENT CONFERENCE**
                 Defendant.
15   _____/

16
           Plaintiff's motion to continue the initial case management conference in this matter is
17
     **GRANTED**, and the conference shall be continued to **MARCH 3, 2011, AT 11:00 A.M.**  This shall
18
     be the final continuance of this conference.  In other words, the parties shall be prepared to
19
     attend court on March 3.
20

21
           **IT IS SO ORDERED.**
22

23
     Dated:  February 1, 2011.
24                                            _____
                                             WILLIAM ALSUP
25                                           UNITED STATES DISTRICT JUDGE

26
27
28

**United States District Court**
For the Northern District of California